NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3006

CHARLES G. MORGAN,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

Richard Segerblom, Richard Segerblom, Ltd., of Las Vegas, Nevada, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3006

CHARLES G. MORGAN,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      SF1221080135-W-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, LINN, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED __February 4, 2010__      ___/s/ Jan Horbaly_____

Jan Horbaly, Clerk